The sole question properly presented for review is whether the Mobile Circuit Court erred in deferring jurisdiction to the courts of North Carolina as to future custody and child-support proceedings involving the parties. The main opinion properly concludes that the Mobile Circuit Court's order of October 3, 2005, deferring jurisdiction is correct and is due to be affirmed, thus answering that question; to that extent, I concur in the main opinion. As to that portion of the main opinion vacating the trial court's orders of April 26, 2005, July 5, 2005, and August 19, 2005, I concur only in the result. The time for seeking an appeal from those orders is now past, yet the father made no direct or collateral attack on those orders (cf. Rule 60(b)(4), Ala. R. Civ. P.), and, although there is no authority prohibiting this court from adjudicating the validity of those orders at this time in an appeal from a subsequent order relinquishing jurisdiction, the main opinion cites no authority that compels this court to do so.